# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1711
Lower Tribunal No. 2024-CT-008710

_____

OLUSEGUN ASAJU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Stacie Kaylor, Judge.

April 10, 2026

PER CURIAM.

AFFIRMED. *See Smith v. State*, 365 So. 3d 487, 489 (Fla. 6th DCA 2023)
("Because this was a negotiated plea, Smith may not seek relief under Florida Rule
of Criminal Procedure 3.800(b)(2). His remedy is to seek to withdraw his plea."
(citing *Tucker v. State*, 174 So. 3d 485, 487–88 (Fla. 4th DCA 2015) ("We agree
with the trial court that this issue is not cognizable in a rule 3.800(b) motion, because
the sentence was a result of a negotiated plea. Thus, the real objection is to the plea

agreement itself. The remedy for an illegal sentence based upon a negotiated plea is to seek to withdraw the plea.")))

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Ira D. Karmelin, of Ted L. Hollander and Associates, P.A., d/b/a The Ticket Clinic, Kissimmee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED